IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL NO. 1:07CR3**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| CHARLES E. SMITH ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment as to the captioned Defendant.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment is hereby **DISMISSED** as to the Defendant Charles E. Smith.

Signed: July 12, 2007

Lacy H. Thornburg
United States District Judge